

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 15, 2012

**BY HAND**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
New York, New York 10601

Dear Judge Davison:

      Re    United States v. Martin Kelly,
            12 Mag. 501

The Government respectfully requests that the above referenced Complaint be unsealed.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

By: _____
      John P. Collins, Jr.
      Assistant United States Attorney
      (914) 993-1919

**APPLICATION GRANTED**

_____
Hon. Paul E. Davison, U.S.M.J.
3/15/12